UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*ENTERED MAR 15 1999 — MICHAEL N. MILBY, Clerk*

| | |
|---|---|
| JAMES P. HOLLIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION H-98-4103 |
| § | |
| DAN H. HILL, § | |
| § | |
| Defendant. § | |

# Order

Hill's motion to dismiss is denied (5).

Signed March __15__, 1999, at Houston, Texas.

Lynn N. Hughes
United States District Judge