| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 15 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JAMES P. HOLLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-98-4103 |
| | § | |
| DAN H. HILL, | § | |
| | § | |
| Defendant. | § | |

# Final Judgment

1. Hill bought Hollis's 50% share of First Financial, USA, Inc., for $667,950 on February 28, 1998.

2. Pre-judgment interest at 8% per annum from February 28, 1998, of $66,465.57.

3. Post-judgment accrues at 4.879% per annum from June 3, 1999.

4. A lien is imposed on the assets of First Financial, USA, Inc., to the extent of the judgment.

5. Hill must indemnify Hollis for all liabilities of First Financial, USA, Inc.

6. Hill must pay Hollis $37,500 for attorney's fees.

7. Hill must pay Hollis's expert fees of $21,000 as an equitable adjustment for interrupted pay.

Signed June 9, 1999, at Houston, Texas.

Lynn N. Hughes
United States District Judge

41