UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMES P. HOLLIS, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION H-98-4103 |
| DAN H. HILL, | § |
| Defendant. | § |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUN 3 0 1999

MICHAEL N. MILBY, CLERK OF COURT

# Order

1. Hill's motions to certify questions of law to the Nevada Supreme Court, for a new trial, for judgment as a matter of law, to alter the judgment, and to amend the findings of fact are denied (45, 46).

2. The motion to stay execution of the judgment is denied (47).

Signed June 30, 1999, at Houston, Texas.

Lynn N. Hughes
United States District Judge