UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JAMES P. HOLLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-98-4103 |
| | § | |
| DAN H. HILL, | § | |
| | § | |
| Defendant. | § | |

United States Courts
Southern District of Texas
ENTERED

JUL 0 6 2001

Michael N. Milby, Clerk of Court

## Amended Final Judgment

1. James P. Hollis recovers $643,775 from Dan H. Hill.

2. Hollis recovers from Hill the costs of attorney fees of $24,997.50.

3. Hollis recovers from Hill the costs of his expert of $27,000.

4. Pre-judgment interest accrues at 8.00% per annum from December 8, 1998, until July 3, 2001.

5. Post-judgment interest accrues at 3.60% per annum from July 3, 2001.

Signed July 3, 2001, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

105