| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

JAMES P. HOLLIS, § 
        § 
        Plaintiff, § 
        § 
versus  § CIVIL ACTION H-98-4103
        § 
DAN H. HILL, § 
        § 
        Defendant. §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
JUL 19 2001
Michael N. Milby, Clerk of Court

# Opinion

In granting Dan H. Hill's motion to correct the amended judgment of July 3, 2001, the court erred (a) in assuming that Hill's attorney would not have submitted something as disingenuous as he did and (b) in signing his proposed amendment without waiting for a response or checking the record. Nobody sitting through the trial or reading the experts' exhibits could have proposed those changes.

The clerk has sent the parties the court reporter's transcript of the rendition, and it is clear and parallel to the experts' reports.

Signed July 18, 2001, at Houston, Texas.

Lynn N. Hughes
United States District Judge

110